**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SAMHITA GERA, derivatively on behalf of VIRGIN GALACTIC HOLDINGS, INC.,

Plaintiff,

v.

RICHARD BRANSON, CHAMATH PALIHAPITIYA, MICHAEL MOSES, GEORGE WHITESIDES, MICHAEL COLGLAZIER, WANDA AUSTIN, ADAM BAIN, TINA JONAS, CRAIG KREEGER, EVAN LOVELL, GEORGE MATTSON, JAMES RYANS, W. GILBERT WEST, ANTHONY BATES, IAN OSBORNE, JACQUELINE D. RESES, and ANDREA WONG,

Defendants,

v.

VIRGIN GALACTIC HOLDINGS, INC.,

Nominal Defendant.

1:24-cv-04795-RER-JRC

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure Rule 7.1(a)(1), and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Nominal Defendant Virgin Galactic Holdings, Inc. ("Virgin Galactic"), by and through its undersigned counsel, hereby certifies that Virgin Galactic is a publicly traded corporation (NYSE: SPCE), and no publicly held company owns 10% or more of its stock.

Dated: August 12, 2024

Respectfully submitted,

**LATHAM & WATKINS LLP**

*/s/ Kevin M. McDonough*
Kevin M. McDonough
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: kevin.mcdonough@lw.com

*Attorney for Defendants*