1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES
Austin, Beijing, Boston, Brussels, Century City, Chicago, Dubai, Düsseldorf, Frankfurt, Hamburg, Hong Kong, Houston, London, Los Angeles, Madrid, Milan, Munich, New York, Orange County, Paris, Riyadh, San Diego, San Francisco, Seoul, Silicon Valley, Singapore, Tel Aviv, Tokyo, Washington, D.C.

August 12, 2024

**VIA ECF**

Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Gera v. Branson, et al.*, 1:24-cv-04795-RER-JRC

Dear Judge Reyes:

We represent Defendants[1] in the above-captioned case. We write pursuant to Rule 3(b) of the Rules for the Division of Business for the Eastern District of New York to provide notice that on August 12, 2024, Defendants filed a letter motion seeking a judicial determination that this case is related to *In re Virgin Galactic Holdings, Inc. Derivative Litigation*, Lead Case No. 1:22-cv-00933-OEM-MMH (E.D.N.Y.), on the docket in that case.

We appreciate the Court's attention to this matter.

Respectfully Submitted,

*/s/ Kevin M. McDonough*
Kevin M. McDonough
of LATHAM & WATKINS LLP

cc: All counsel of record (via ECF)

[1] "Defendants" include Richard Branson, Chamath Palihapitiya, Michael Moses, George Whitesides, Michael Colglazier, Wanda Austin, Adam Bain, Tina Jonas, Craig Kreeger, Evan Lovell, George Mattson, James Ryans, W. Gilbert West, Anthony Bates, Ian Osborne, Jacqueline D. Reses, Andrea Wong, and Nominal Defendant, Virgin Galactic Holdings, Inc.